UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AARON MICHAEL BOSTON | CIVIL ACTION |
| VERSUS | NO. 11-2565 |
| PARISH OF JEFFERSON, ET AL. | SECTION: "N"(1) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on November 4, 2011 (Rec. Doc. No. 7), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's false arrest/false imprisonment claims against Deputy Marc Macaluso, Sergeant Richard Dykes, and Deputy Jeffery Melle are **DISMISSED WITHOUT PREJUDICE** to their prosecution in Boston/Rousell v. Normand, Civ. Action No. 11-829 "B"(1), if that case is reopened.

**IT IS FURTHER ORDERED** that plaintiff's remaining claims are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 10th day of November, 2011.

UNITED STATES DISTRICT JUDGE

