**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

AARON MICHAEL BOSTON                                    CIVIL ACTION

VERSUS                                                           NO. 11-2565

PARISH OF JEFFERSON, ET AL.                          SECTION: "N"(1)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on April 25, 2012 (Rec. Doc. No. 22), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against Mark Monson, Henry L. Conravey, Mike Smith, and Scott Schlegel for malicious prosecution and "malfeasance in office" and plaintiff's claim against Marc Macaluso for malicious prosecution are **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE